## LEWIS BURTON *vs.* CHARLES SCHENCK.

### January 18, 1889.

**Summons—Impeachment of Officer's Return of Service.**

Plaintiff brought this action before a justice of the peace. The constable's return upon the summons showed personal service upon defendant on February 21, 1887. Upon the return-day the defendant appeared specially, and moved to dismiss the action, upon the ground that the court had no jurisdiction over the defendant, offering to show by affidavits that the summons was not served on February 21, 1887, the attempted service having been made on February 22, 1887, a legal holiday. The justice denied the motion, holding the return of the officer conclusive, and entered judgment for plaintiff. On defendant's appeal, upon questions of law alone, to the district court for Clay county, the judgment was affirmed by *Mills*, J., and the defendant again appealed.

*C. J. Cahalcy*, for appellant.

*Wellcome & Perley*, for respondent.

*By the Court.* This case is controlled by and must follow *Crosby* v. *Farmer*, 39 Minn. 305, (40 N. W. Rep. 71,) decided at the present term.

Judgment reversed.